ALICIA A.G. LIMTIACO
United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 01 2015
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00031 |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii)]<br>(Count 1) |
| vs. | **CONSPIRACY TO COMMIT MONEY LAUNDERING**<br>[18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), & 1956(h)]<br>(Count 2) |
| | **CONSPIRACY TO COMMIT MONEY LAUNDERING**<br>[18 U.S.C. §§ 1956(h), 1957(a) & (b)]<br>(Count 3) |
| RAYMOND JOHN MARTINEZ and, JUANITA MARIE QUITUGUA MOSER | **NOTICE OF FORFEITURE TITLE 21**<br>[21 U.S.C. § 853] |
| Defendants. | **NOTICE OF FORFEITURE TITLE 18**<br>[18 U.S.C. §§ 982(a)(1) and 1956(h)] |

THE GRAND JURY CHARGES:

1

## COUNT 1 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

From on or about March, 2014, the exact date unknown and continuing until June 5, 2015, in the District of Guam and elsewhere, the defendants, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, knowingly and intentionally conspired with each other and with other persons known and unknown to the Grand Jury, to distribute fifty (50) or more grams of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

## COUNT 2 – CONSPIRACY TO COMMIT MONEY LAUNDERING (1956(a)(1)(A)(i) & 1956(a)(1)(B)(i))

From at least on or about August 8, 2014, the exact date being unknown to the Grand Jury, and continuing through on or about June 4, 2015, in the District of Guam and elsewhere, the defendants, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, knowingly and intentionally conspired with each other and with other persons known and unknown to the Grand Jury, to commit the offense of money laundering under Title 18, United States Code, Section 1956, as follows:

By conducting and attempting to conduct financial transactions, affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activities, that is, conspiracy to distribute more than fifty (50) grams of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and 841(b)(1)(A)(viii), knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity -

(A) with intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(B) knowing that the transaction was designed in whole or in part -

(i) to conceal and disguise the nature, the location, the source, the ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); All in violation of Title 18, United States Code, Sections 1956(h), and 1956(a)(1)(A)(i) and (B)(i).

## COUNT 3 – CONSPIRACY TO COMMIT MONEY LAUNDERING
## (1957(a) & (b))

From at least on or about August 8, 2014, the exact date being unknown to the Grand Jury, and continuing through on or about June 4, 2015, in the District of Guam and elsewhere, the defendants, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, knowingly and intentionally conspired with each other and with other persons known and unknown to the Grand Jury, to commit the offense of money laundering under Title 18, United States Code, Sections 1957(a) & (b), as follows:

Within the United States, by knowingly engaging and attempting to engage, and causing each other and others to engage, in monetary transactions, in or affecting interstate or foreign commerce, by, through or to a financial institution, involving criminally derived property of a value greater than $10,000, and which were derived from specified unlawful activity, that is, conspiracy to distribute more than fifty (50) grams of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and, 841(b)(1)(A)(viii).

## OVERT ACTS

In furtherance of the conspiracy and to effect the illegal objects thereof, one or more of the conspirators committed, among others, the following overt acts in the District of Guam and elsewhere:

3

1. On or about May 22, 2015, the defendants, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, gave $15,000.00 in United States Currency to an individual known to the Grand Jury, to take to Los Angeles, California, as part of the payment for methamphetamine that the defendants received in Los Angeles, California.

2. On or about April 9, 2015, MARTINEZ and MOSER used approximately $81,914.00 to purchase a 2015 silver Lexus LX 570, VIN JTJHY7AX9F4179413 and titled the car in MARTINEZ or MOSER's names.

3. On or about July 2014, and no later than August 8, 2014, MARTINEZ used approximately $79,888.00 to purchase a 2008 black Mercedes Benz G55, VIN WDCYR71E58X175031 and registered the vehicle in MARTINEZ' name.

All in violation of Title 18, United States Code, Sections 1956(h) and 1957(a) and (b).

## FORFEITURE ALLEGATION TITLE 21

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, the defendant, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting and derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offense, including but not limited to, the following:

1. MONEY JUDGMENT

A money judgment in the amount of the total of all property, real and personal, constituting and derived from any proceeds obtained directly and indirectly as a result of the violation incorporated by reference in this allegation and all property used, or intended to be

4

used, in any manner or part, to commit, and to facilitate the commission of the violation incorporated by reference in this allegation, for which the defendants are jointly and severally liable.

2. VEHICLES

    a. 2008 Black, Mercedes Benz, G55, VIN: WDCYR71E58X175031, Guam License Plate #MG2342, registered to Raymond J. MARTINEZ; and

    b. 2015 silver Lexus LX570, VIN # JTJHY7AX9F4179413, Guam Lic. Plate #SR2865, registered owners: RAYMOND J. MARTINEZ or JUANITA-MARIE G MOSER.

3. CURRENCY

Approximately $10,817.00 in United States currency.

4. COAST 360 FEDERAL CREDIT UNION BANK ACCOUNT

All United States currency funds or other monetary instruments credited to account number ending in last four digits 0200 in the names of account holder RAYMOND J. MARTINEZ and joint account holder JUANITA MARIE Q MOSER, located at 450 Route 8, Maite, Guam 96910.

5. SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to or deposited with, a third party;

    (c) Has been substantially diminished in value; or

    (d) Has been commingled with other property which cannot be divided without difficulty;

//

5

Case 1:15-cr-00031 Document 12 Filed 07/01/15 Page 5 of 7

(e) Has been placed beyond the jurisdiction of the Court;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described in paragraph 1 above.

## FORFEITURE ALLEGATION TITLE 18

Upon conviction of the offense of Conspiracy to Commit Money Laundering in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) & (h), 1956(a)(1)(B)(i), and Title 18, United States Code, Sections 1957(a) & (b), alleged in Counts 2 and 3 of this Indictment, the defendants, RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1), any property constituting and derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offense, including but not limited to, the following:

1. MONEY JUDGMENT

A sum of money equal to the value of the property involved in the offense(s).

2. VEHICLES

a. 2008 Black, Mercedes Benz, G55, VIN: WDCYR71E58X175031, Guam License Plate #MG2342, registered to Raymond J. MARTINEZ; and

b. 2015 silver Lexus LX570, VIN # JTJHY7AX9F4179413, Guam Lic. Plate #SR2865, registered owners: RAYMOND J. MARTINEZ or JUANITA-MARIE G MOSER.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been

substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

DATED this 1st day of July, 2015.

A TRUE BILL.

REDACTED

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

By: *Clyde Lemons*
CLYDE LEMONS, JR.
Assistant U.S. Attorney