ALICIA A.G. LIMTIACO
United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

ORIGINAL
FILED
DISTRICT COURT OF GUAM
SEP 15 2015
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00031 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |
| RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, | |
| Defendants. | |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsels in the above-entitled case, the testimony of witnesses who appeared before the Grand Jury in this matter, and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//

1

1 | This motion is made for the reason that release of these documents prior to the testimony
2 | of the witnesses will expedite the timely conduct of the trial itself.
3 |      RESPECTFULLY SUBMITTED this \_\_\_\_\_ day of September, 2015.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the Northern Mariana Islands

By: *Clyde Lemons Jr.* (signature)
CLYDE LEMONS, JR.
Assistant U.S. Attorney