ALICIA A.G. LIMTIACO
United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00031 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| RAYMOND JOHN MARTINEZ and JUANITA MARIE QUITUGUA MOSER, | |
| Defendants. | |

Based on the United States' Motion to Release Grand Jury Transcripts, the court hereby orders the release, to defense counsels in the above-entitled case, of all grand jury transcripts containing testimony of the witnesses who have appeared before the Federal Grand Jury in this matter.

**SO ORDERED.**

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Sep 15, 2015**